

**EVIALAW**
PATENT AND CONTRACT LITIGATION

April 30, 2025

Honorable Paul Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
engelmayernysdchambers@nysd.uscourts.gov

Re: *TC Transcontinental Packaging Inc. v. Uteco Converting S.p.A. et al.* (25 Civ. 3449)

Dear Judge Engelmayer:

I represent Defendant Uteco Converting S.p.A. and Uteco North America, Inc. in *TC Transcontinental Packaging Inc. v. Uteco Converting S.p.A. et al.* (25 Civ. 3449). I am co-principal trial counsel along with Stuart Kagen.

I write to request an adjournment of the Initial Pretrial Conference currently scheduled for May 29, 2025 at 3 pm. [Dkt. 7] I ask for this adjournment because I had scheduled a visit to Italy from May 22 through 30 to, in part, meet with my client. I had made these plans before having received notice of the Initial Case Management Conference.

Counsel for Defendants has not sought an adjournment in this matter to date. Mr. Kagen has spoken with Ralph Pagano, counsel for the Plaintiff, about the requested extension and Mr. Pagano did not object.

Defendants ask that the Initial Case Management Conference be scheduled for a date outside of the May 22-30 window and preferably after May 30.

Thank you for your attention and I apologize for the inconvenience.

GRANTED. The telephonic initial pretrial conference is hereby adjourned to 11 a.m. on Monday, June 9, 2025.
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

May 1, 2025

Respectfully submitted,

Steven Susser
steven@evialaw.com

cc:    Ralph Pagano, Esq.

evialaw.com | 248.243.1201 | 32400 Telegraph Road, Suite 103 | Bingham Farms, MI 48025